AO 91 (Rev 5/85) Criminal Complaint

*Michael Mueller*

# United States District Court

_____ EASTERN _____  DISTRICT OF _____ MICHIGAN _____

UNITED STATES OF AMERICA

V.

**Brian RIVAIT**

&

**Defendant**

**Cindy Lynn ROLLO**

(Name and Address of Defendant)

F  I  L  E  D

MAY 5 - 2005

CLERK'S OFFICE
DETROIT

**CRIMINAL COMPLAINT**

CASE NUMBER: *05-80436*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 4, 2005 in WAYNE county, in the EASTERN District of MICHIGAN defendant(s) did, (Track Statutory Language of Offense)

Knowing that an alien(s) had not received prior official authorization from the Attorney General or the Secretary of Homeland Security to enter the United States, attempted to bring said aliens to the United States for the purpose of private financial gain.

in violation of Title ___8___ United States Code, Section(s) 1324(a)(2)(B)(ii) _____.

I further state that I am a(n) __**Senior Enforcement Officer**__ and that this complaint is based on the following facts:
Official Title

Please refer to attached sworn affidavit.

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

5/5/05

at  Detroit, MI _____

Date May 4, 2005
5/5/05

City and State

**STEVEN D. PEPE, U.S. MAGISTRATE JUDGE**

Name & Title of Judicial Officer

Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHGAN**

The affiant being duly deposed and sworn states:

1. I Terry Pasha, am a Senior Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for twenty-seven years. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and from personal knowledge.

2. On May 04, at approximately 1645hrs, Brian RIVAIT, Cindy ROLLO, attempted entry into the United States at the Detroit Canada Tunnel in a white vehicle, Canadian registration. Customs & Border Protection Officer Colon asked the driver, Brian RIVAIT, and his front seat passenger, Cindy ROLLO their country of citizenship, to which they stated Canadian. Officer Colon then asked the two the purpose of their trip to the United States. RIVAIT stated that they were going to Greek Town for dinner. Officer Colon then asked if either individual had any problem crossing the border into the United States for any reason, to which they stated "no". During the inspection, Officer Colon noticed that RIVAIT, the driver of the vehicle appeared nervous and decided to refer the vehicle to secondary for further inspection. While RIVAIT and ROLLO were being inspected, Officers Hackett and Hutchins begin an inspection of the vehicle. When Officer Hackett open the trunk of the vehicle, he found three individuals, later identified as Lee Kim WONG, Lin Zhu, and Chun LIN hiding inside. Officer Hackett then requested assistance, and all three subjects were removed from the vehicle. While the three subjects were being removed from the vehicle, an officer entered into the secondary office and requested that no one be allowed to leave the office because of the three subjects that were found in the trunk of the vehicle. According to Officer Hesson, RIVAIT freely voluntarily stated "that would be me". All three subjects were subdued and escorted into secondary for further inspection. All three subjects from the trunk were escorted into secondary for further inspection.

3. At approximately 1730hrs, Officer Hesson notified me telephonically that two individuals had been encountered attempting to smuggle three undocumented aliens into the United States

4. I responded to the Detroit Canada Tunnel to interview all parties involved. I first interviewed Lee Kim WONG and she informed me that she was born in Malaysia but is now a citizen of Canada. WONG stated she flew from Vancouver, B.C., to Toronto, Canada on April 3, 2005. WONG then took the Greyhound bus from Toronto to Windsor and checked into a motel in Windsor. WONG stated that while she was outside of her motel room, an unidentified male approached her and stated that he could get her to the United States for $200.00 dollars U.S. WONG described the male as being medium height, white, blond hair, and he spoke English. WONG stated she told the man yes and then gathered her personal items and checked out of the motel. WONG and the unidentified male drove for a short distance; he stopped the vehicle and told her to get into the trunk of the vehicle. WONG stated that the second female and male were already in the trunk.

5. I then interviewed the driver, Brian RIVAIT and he stated he was planning to take his girlfriend to dinner in the United States. RIVAIT stated that while his girlfriend, Cindy ROLLO was taking care of her ill father; he took her car to be wash, waxed and gassed up for the trip. While at the car wash, RIVAIT stated he received a telephone call from an individual name "Moses", who asked him if he would bring three individual to the United States in the trunk of his vehicle. Moses offered to pay RIVAIT $150.00 for each subject and RIVAIT agreed. RIVAIT stated that he has had contact with Moses on two previous occasions. According to RIVAIT, Moses first approached him approximately 48hrs prior to his attempt to smuggle the three individuals to the United States. RIVAIT stated he was trying to make a little money and was not doing any harm. RIVAIT stated Moses gave him $85 dollars (US) before he came to the border, and he was to receive the rest after he returned to Canada. He planned to take the three subjects to the Renaissance Center.

6. I then interviewed Lin ZHU. ZHU stated she entered Canada approximately one week ago. ZHU stated that she flew from

Malaysia, to Africa, then to Canada. ZHU stated that she was unsure if she flew to Africa, because her mother made the travel arrangements. ZHU stated that she attempted to enter to the United States once before in 2003, but was denied admission. ZHU claims she was not allowed to enter the United States because the passport and visa she presented did not belong to her. Computer records indicate ZHU was ordered removed from the United States in 2003 for a period of five years. ZHU stated that her mother paid for her to be smuggled into the United States. ZHU indicated that she does know the person who told her to get into the trunk of the vehicle. ZHU described the male as being heavy set (name unknown) that directed her to get in the vehicle.

7. Chun LIN, the third subject in the trunk of the vehicle stated he flew from China to Canada a few days ago. LIN stated he entered Canada by using a passport issued to someone else. LIN stated his family paid $20,000 for him to be smuggled to the United States. LIN does not know any of the people involved in his travel arrangements, nor does he know the two females that were in the trunk of the vehicle. LIN stated that a Chinese individual directed him to get into the trunk of the vehicle. LIN stated the driver was sitting inside of the vehicle when he got in the trunk.

8. Officer Austin then interviewed Cindy Rollo regarding her involvement in the case. During the interview, Cindy Rollo indicated no knowledge of any people being in the trunk of her vehicle. She indicated that her boyfriend, Brian RIVAIT borrowed her vehicle to run errands and he returned to her residence at approximately 1630hrs. She stated that she immediately entered the vehicle and they came to the United States.

9. Based upon my training and experience, and information received from other law enforcement personnel, alien smugglers are not in the practice of risking apprehension and prosecution unless they are receiving financial consideration for their activity.

Therefore based upon the aforementioned facts, there is probable cause to believe the defendants, knowing that such aliens had not received prior official authorization to enter the United States, did attempt to bring such alien(s) to the United States for the purpose of private financial gain, in violation of Title 8, U.S. Code, Section 1324(a)(2)(B)(ii).

Terry Pasha Senior Enforcement Officer
Bureau of Customs and Border Protection

Subscribed and sworn before me
This 5th day of May 5, 2005

United States Magistrate Judge